IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:15CB7 |
| Plaintiff, | |
| vs. | Violation No. 4334856 NE22 |
| TRACEY A. NUNN, | ORDER |
| Defendant. | |

This matter comes before the Court upon the United States' Motion to Dismiss (Filing No. 15). The above-captioned violation notice is dismissed without prejudice.

DATED this 31st day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge